

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00632-CV

Andrea **PEREZ**,
Appellant

v.

Santos **SPARKMAN**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0246
Honorable Robin V. Dwyer, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: February 27, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant Andrea Perez filed a pro se notice of appeal from a judgment of eviction signed on August 16, 2018. Appellant's brief was originally due January 14, 2019. Neither the brief nor a motion for extension of time was filed. On January 24, 2019, we ordered appellant to file, not later than February 4, 2019, her appellant's brief and a written response reasonably explaining her failure to timely file the brief. We advised appellant that if she failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or the written response as ordered by this court.

We therefore order this appeal dismissed for want of prosecution.  We further order that no costs be assessed against appellant because she is indigent.

PER CURIAM